IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER CAROL POE SCHEEL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| | : | NO. 20-5077 |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 30th day of September, 2021, upon consideration of Plaintiff's Motion for Summary Judgment and Request for Review (Doc. No. 13) and Defendant's Response thereto (Doc. No. 16), IT IS HEREBY ORDERED that:

1. Plaintiff's Motion for Summary Judgment and Request for Review is DENIED and DISMISSED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE